IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TOM BROWN                                                    PETITIONER

                    v.                      Civil No. 07- 5037

UNITED STATES OF AMERICA                                     RESPONDENT

## ORDER

Tom Brown has submitted for filing in this district a petition for writ of habeas corpus under 28 U.S.C. § 2241. Along with his petition, Brown submitted a request for waiver of the filing fee. **The clerk is directed to return to Brown the filing fee of $350.00 that he submitted with the petition**.

The clerk is directed to file the petition for writ of habeas corpus. The issue of whether the petition should be served on the respondent will be determined at a later time.

IT IS SO ORDERED this **28** day of February 2007.

_JMarschewski_
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)