IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                        NO.  5:94-CR-50030-JLH
                               5:07-CV-05037-JLH

THOMAS F. BROWN                                              DEFENDANT/PETITIONER

O R D E R

Movant has filed a Motion Under 28 U.S.C. Section 1651/2241 and 42 U.S.C. Section 2000bb,cc to Vacate the Conviction of a Factually Innocent Person. (Doc.228/Doc.1)  Having reviewed the motion, respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 9th day of April, 2007.

/s/ J. Marschewski
Honorable James R. Marschewski
United States Magistrate Judge