```
               IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

      v.        Criminal No. 5:94cr50030
               Civil No. 07-5037

REV. TOM BROWN                                          DEFENDANT/PETITIONER

### ORDER

NOW on this 18th day of September, 2007, comes on for consideration the Magistrate Judge's Report and Recommendation (Doc. 236) in this matter, as well as the petitioner's Objections thereto (Doc. 240). The Court has reviewed this matter de novo, and finds that the Report And Recommendation is sound in all respects; that the petitioner's objections thereto offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report And Recommendation is **adopted in toto.**

IT IS FURTHER ORDERED that, for the reasons set forth therein, the 28 U.S.C. § 1651/2241 petition is **denied** and **dismissed with prejudice**.

IT IS SO ORDERED.

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE