IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                PLAINTIFF/RESPONDENT

v.        Criminal No. 5:94cr50030
             Civil No. 07-5037

REV. TOM BROWN                        DEFENDANT/PETITIONER

### ORDER

By order entered September 18, 2007, this Court adopted the Report and Recommendation of the United States Magistrate Judge and denied and dismissed the petitioner's 28 U.S.C. § 1651/2241 petition. (Docs. 236, 241 .)  Currently before the Court is Petitioner's pro se **Motion for a Certificate of Appealability (Doc. 243).** Petitioner has not made a "substantial showing of the denial of a constitutional right," as required for the issuance of a certificate of appealability.  28 U.S.C. § 2253(c)(2). Accordingly, Petitioner's motion for a certificate of appealability is hereby **DENIED.**

IT IS SO ORDERED this 27th day of September, 2007.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE